IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAYLESS SHOESOURCE, INC.,

        Plaintiff,

v.                          Case No. 06-4124-RDR

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

        Defendant.

_____

**ORDER**

      This matter comes before the court upon the parties' Joint Motion for Enlargement of Time (Doc. 35). Specifically, the parties sought an extension with which to file motions for leave to join additional parties or otherwise amend the pleadings. Additionally, the parties sought an extension of time with which to respond to defendant's Motion to Stay Case.

      On February 6, 2007, the court granted the parties an extension up to and including February 20, 2007, with which to file motions for leave to join additional parties or otherwise amend the pleadings. Upon consultation with the district judge in this case, the court also finds good cause exists to grant the parties' requested extension to respond to defendant's Motion to Stay Case. Accordingly,

      **IT IS THEREFORE ORDERED** that plaintiff shall respond to defendant's Motion to Stay Case (Doc. 32) on or before **February 20, 2007.**

**IT IS SO ORDERED.**

Dated this 6th day of February, 2007, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
